IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

_____ )
James Wesley Bumpas         )
_____ )
**Name of Plaintiff**        )
                             )   Case No. _____
v.                           )   (To be assigned by Clerk)
                             )   Jury Demand ☐ Yes ☐ No
Vanderbilt medical Center   )
_____ )
                             )
_____ )
**Name of Defendant(s)**     )

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, James Wesley Bumpas, is a citizen of the United States and resides at 550 Harding Pl., F119, Nashville, Davidson, TN, 37211, 615-834-7580.
   Street address / City / County / State / Zip Code / Telephone Number

3. Defendant, Vanderbilt medical Center resides at, or its business is located at 1161 21st Avenue North, Nashville, Davidson, TN, 37203.
   Street address / City / County / State / Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

_____

_____

_____

_____

_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

<u>1161 21st Ave North</u>, <u>Nashville</u>,
Street address                                        City

<u>DAVidson</u>, <u>TN</u>, <u>37203</u>.
County            State        Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about <u>August</u> <u>31</u> <u>2009</u>.
                                    Month      Day     Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about <u>Sept ~~August~~</u> <u>31</u> <u>2009</u>.
   Month                Day       Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on <u>January</u>
                                                                                             Month
<u>27</u> <u>2011</u>, a copy of which Notice is attached.
Day    Year

8. Because of Plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

      a._____ failed to employ Plaintiff.

      b.\_\_\_✓_____ terminated Plaintiff's employment.

      c._____ failed to promote Plaintiff.

      d._____ retaliated against Plaintiff for having filed a charge of discrimination.

      e._____ other. Explain: _____

_____

_____

_____.

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

age, disability

age Discrimation in Employment act

The American with Disabilitie Act

The Gentic information Nondiscrimation act

_____.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

      a.\_\_\_✓_____ are still being committed by Defendant.

      b._____ are no longer being committed by Defendant.

      c._____ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

    a. _____ direct that Defendant employ Plaintiff, or

    b. _____ direct that Defendant re-employ Plaintiff, or

    c. _____ direct that Defendant promote Plaintiff, or

    d. ✓ order other equitable or injunctive relief: _____.

    e. ✓ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

    f. ✓ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____.

    g. ✓ direct that Defendant pay Plaintiff punitive damages in the amount of _____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

                                                                   _James W. Bumpas_
                                                             (Signature of Plaintiff)