IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES WESLEY BUMPAS, | ) |
| Plaintiff | ) |
| | ) Civil Action No. 3:11-cv-00386 |
| VANDERBILT UNIVERSITY MEDICAL CENTER | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties as evidenced by the signature of counsel for the Defendant and *Pro Se* Plaintiff James W. Bumpas hereto, it appearing to the Court that all matters between the parties have been compromised and settled,

IT IS HEREBY ORDERED that this matter be, and the same is hereby dismissed with prejudice. Defendant will pay the Court costs.

Dated this 26th day of January 2012.

William J. Haynes, Jr.
United States District Court Judge